AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHANNON BAZEMORE,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-372

INTERNATIONAL LONGSHOREMAN'S ASSOCIATION LOCAL 1475 CLERKS AND CHECKERS UNION, INC.,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's August 22, 2024 Order, International Longshoreman's Association Local 1475 Clerks and Checkers Union, Inc.'s Motion to Dismiss and Request for Judicial Notice are granted. This case stands closed.

Approved by: _[signature]_

August 27, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020