# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12774

_____

SHANNON BAZEMORE,

                                                *Plaintiff-Appellant,*

versus

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, ILA LOCAL 1475,

                                                *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:23-cv-00372-RSB-CLR

_____

Before JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

    The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the

2     Order of the Court     25-12774

opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.